E-FILED
Wednesday, 03 June, 2015 09:48:44 AM
Clerk, U.S. District Court, ILCD

Exhibit
#A





**Emergency Department Nursing Record**

DR. JOHN WARNER HOSPITAL

A: 450909   MR: 90634
LEVYA, GIOVANNI   09/16/13 15.23
M 23 12/13/1989 ER
ROGALSKI, MARIUSZ /CIM, ED Follow-Up

**PMH:** *Systemic:* HTN DM Cancer HIV Thyroid Anemia High lipids   *Neuro:* CVA Seizures
*Heart:* MI Angina CHF CAD AFib   *Lungs:* COPD Asthma   *GI:* PUD GERD Liver
*GU:* UTI's Stones   *MS:* Arthritis   *Psych:* Depression Anxiety Schizophrenia **None**
**Operations:** _____
**Other:** _____
**Medications:** None   See attached list _____
_____
_____
**Allergies:** None   Latex _____

## Triage

**CC: SEIZURE (adult)**                                    15:15

**Source:** Patient Family Friend (Guardian) Nursing home (Paramedic) Police Interpreter
**Mode of arrival:** Walk in Wheelchair Friends Attendant (Ambulance) Helicopter Police
**Timing:** Onset _____ Minutes Hours Days **ago**   *Single* Multiple episodes
**Duration:** Since onset (Intermittent) *or* _____ Seconds Minutes Hours
**Quality:** Grand mal Tonic-clonic Shaking (Twitching) Focal
**Location:** (Generalized) Bilateral Right-sided Left-sided Arms Legs Head
**Other history:** *found ~~on the floor~~ shaking*
*on floor*

_____ RN
                    Signature

**NURSING ASSESSMENT:** Room: OP2                   15:20

*Nursing history:* ☐ Triage assessment reviewed
**Source:** Patient Family Friend (Guardian) (Nursing home) (Paramedic) Police Interpreter
**Prehospital:** CPR Intubation O2 IV C-collar Backboard Splints Meds _____ *None*
**Context:** *History of:* Seizure disorder (Medication compliance: **YES** (NO) NA) *None*
CVA Hypoglycemia Substance abuse Immunosuppression Cancer *None*
Recent head trauma None
**Associated signs and symptoms:** *None*
Headache Fever N V
**Other history:** *dilantin was held due to*
*Prison MD order.*

*Nursing exam:*
**Constitutional:** Decreased responsiveness ETOH Distress: (None) Mild Moderate Severe
**Respiratory:** R L **Bil** Generalized Superior Inferior Wheezes Rales Rhonchi   normal
**CV:** Tachycardia Bradycardia Irregular _____   normal
**Neurologic:** *Oriented to:* Time Person Place Not oriented (Unable to test)   normal
*Motor function:* R L Arm Leg Face Weak (Unable to test)   normal
**Other exam:** *Pt unresponsive and non-Cooperative*

_____ RN
                    Signature

© 1999-2013 EPOWERdoc, Inc.  p 1 of 2          Circled = positive   Not circled or / = negative   Lined out or section completely blank = not assessed

## Triage Vital Signs

| T° | P | RR | BP |
|---|---|---|---|
| 96 7 | 90 | 16 | 194/129 |

| O2 Sat | Pain | Wt lb | kg |
|---|---|---|---|
| 100% | | | |

## Triage Acuity

Emergent   (Urgent)   Non-urgent

### Domestic Violence Screening
Are you in a relationship in which you have
been physically hurt or threatened by your
partner?   Y   N   **Unwilling to answer**

Do you feel safe in your current environment?
Y   N   **Unwilling to answer**

### Nutritional Screening
Have you had an unexpected weight gain or
loss over 20 lbs in the last 6 months?   Y   N

Are you on a special diet?
Y   N   ☐ Nutritional referral given

### Orders, Interventions, and Results
Standing orders or interventions initiated
prior to physician evaluation:

| | : |
|---|---|
| ☐ Pvt MD notified: **YES   NO** | : |
| ☐ Accucheck _____ | : |
| ☐ O2: _____ | : |
| ☐ IV: _____ | : |
| ☐ Monitor _____ | : |
| ☐ EKG _____ | : |
| ☐ XR: _____ | : |
| ☐ Labs: _____ | : |
| ☐ Urine pregnancy test | : |
| ☐ Breathing treatment | : |
| ☐ Splint(s) _____ | : |
| ☐ Dressing(s) _____ | : |
| ☐ Tetanus (see medication section) | : |
| ☐ Other: _____ | : |

### Results

| Accucheck | _____ | Repeat _____ |
|---|---|---|
| Urine Dip SpG | _____ | Ket _____ |
| | pH _____ | Blood _____ |
| | Prot _____ | Nitrite _____ |
| | Glu _____ | Leuk _____ |
| Urine preg + − | | Control + − |

| Time | T | P | RR | BP | O2 Sat | Pain |
|------|---|---|-----|------|--------|------|
| 1545 | | 82 | 16 | 154/101 | 99% | |

A 450909   MR: 90634
LEVYA, GIOVANNI   09/16/13 15.23
M 23 12/13/1989 ER
ROGALSKI, MARIUSZ /CIM, ED Follow-Up

## MEDICATIONS AND IV'S

| Time initiated | Solution, Additive or Medication | Amount / Dose | Route | Site | Catheter size | Pump | Rate | Response | By (ini) | Time DC'd | Amount infused | By (ini) |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1705 | Dyazepam | 1000 mg | IM | | | | | | | | | |
| | | | | | | | | | | | | |
| | Dilaudid | 500 mg | | | | | | | | | | |

Response key: E= Effective   PE= Partially Effective   NE= Not Effective   NR= No Reaction   R*= Reaction with additional notes in "Nurses Notes"

Site code: 1. Deltoid   2. Gluteal   3. Anterior thigh   4. Lateral thigh   5. Antecubital fossa   6. Forearm   7. Hand   8. Foot   9. Neck   10. Intraosseous

**IN**   Oral ____ ml   Blood ____ ml   **OUT**   Urine ____ ml   Blood ____ ml
         IV ____ ml   Total ____ ml              NG ____ ml   Total ____ ml

## NOTIFICATION

Family: _____
Nursing home: _____
Pastoral care: _____

PCP: _____
Police: _____
Social services: _____

## NURSES NOTES

| Time | | Ini |
|------|------|------|
| 1530 | Pt non responsive and uncooperative. Multiple | |
| | diffuse bruising noted to extremity. Bruising | |
| | also noted to face and eyes (d/t to previous | |
| | head trauma) | |
| 1545 | Pt vital signs reassessed BP elevated. Physician | |
| | notified. | |
| 1600 | Labs drawn on pt | |
| 1710 | IV Lock flushed c̄ 10cc NS. Pt started on IV | |
| | Orientation as above. Will continue to monitor | |
| 1718 | Pt voided 350 cc of light yellow urine via | |
| | urinal. Pt requested water and given 240CC of | |
| | ice water. | |
| 1815 | Pt discharged. | |

Caregiver # 1 _____   Ini   Caregiver # 3 _____   Ini
Caregiver # 2 _____   Ini   Caregiver # 4 _____   Ini

## DISPOSITION

Discharged   CWBS   AMA   Expired   Admitted   Transferred to: _____   ☐ Transfer form completed
Valuables with: Patient   Family   Friends   Security   Envelope #: _____   Other _____
Mode of departure: Walking   Carry   Wheelchair   Cart   Auto   Ambulance   MediVan
Condition: Pain (0-10): ___   NA   Improved   Stable   Worse   VS: T ___   P ___   RR ___   BP ___   O2 ___
☑ Verbalizes understanding of discharge instructions   ☐ Barriers to understanding or learning _____
☑ Written   Verbal   instructions given to:   Report called by: _____
Patient   Parent   Caregiver   Report called to: Erika Jeffery   1815
Referred to: _____   N/A ____ PRN / in ____ days   Discharged by: Erika Jeffery   1815

(800- Dilantin; infused) to NK #20 Ice ___

## OTHER INTERVENTIONS

### TRAUMA / SURGICAL
C-collar applied _____
Ortho care _____
   Ice   Elevation
   Ace   Sling   Splint   Brace
   Shoulder immobilizer   Strapping
   Knee immobilizer   Shoe
   Crutch education
Wound care
   Topical anesthesia _____
   Wound prep _____
   Adhesive _____
   Suturing   Staple _____
Burn care _____
Fracture care _____
I and D _____
Arthrocentesis _____
Chest tube _____

### CARDIOPULMONARY
O2 ____ L   NC   Mask   NRB
Pulse ox:   Spot   Continuous
Monitor _____
Rhythm strip _____
EKG:  ED   EKG tech
Intubation _____
CPR   ACLS _____
Cardioversion _____
External pacemaker _____
CVP placement _____
Respiratory treatment _____
Sputum collection _____
IV Thrombolysis _____

### ABDOMINAL / PELVIC
NG:  Size _____
Gastric lavage:  NG   Oral
Foley:  Size _____
I and O urine cath _____
Vomiting management _____
Incontinence management _____
Disimpaction _____
Enema: Type _____
Sexual assault exam _____

### EYE / ENT
Topical anesthesia _____
Eye irrigation ____ ml of _____
Ear wax/FB removal _____
Nasal FB removal _____
Epistaxis control _____
Laryngoscopy _____

### MISCELLANEOUS
Lab draw:  ED   Lab tech
XR:  Patient departed
      Patient returned
Injection X  1   2   3   4
Restraints   2   3   4 point
   Reassessment _____
Lumbar puncture _____
Blood transfusion _____
Conscious sedation _____
Isolation for _____

### PATIENT SUPPORT
Emotional support given _____
Learning needs addressed _____
Translation services provided _____
Post mortem care provided _____

### OTHER

Exhibit #3



DR. JOHN WARNER HOSPITAL

**Emergency Department Template**

A: 450909    MR: 90634
LEVYA, GIOVANNI    09/16/13  15.23
M  23  12/13/1989  ER
ROGALSKI, MARIUSZ  /CIM, ED Follow—Up

| **ORDERS** |
| --- |

| Date & Time (of Dr. order) | Initial Orders | Date & Time | Initials |
| --- | --- | --- | --- |
| | Please note: Time all orders in the appropriate column. If additional orders are added at a later time, please time the additional orders | | |

Please note: Time all orders in the appropriate column. If additional orders are added at a later time, please time the additional orders

**Lab:**

| ABG/VBG | GC / Chlamydia | PT | Other A(lartin level) | 9/16 1555 | SP |
| --- | --- | --- | --- | --- | --- |
| Amylase | Gyne Profile | PTT | Other _____ | | |
| Bld Cultures *x1  x2* | HCG: *Qual  Quant* | TSH | Other _____ | | |
| BNP | Hgb/HCT | T & S | Other _____ | | |
| CBC with diff | Lipase | T & C _____ units | | | |
| CKMB/Troponin | Magnesium | UA: *Cath   CC* | **BEDSIDE TESTS:** | | |
| D-Dimer | Occult Blood | UA C & S | Rapid Strep POC: Culture if negative | | |
| Digoxin | Panels: *BMP* | Urine Drug Screen | UA Dip POC | | |
| Dilantin | *CMP* | | UA Pregnancy POC: | | |
| ETOH: Blood | *Hepatic* | | Send to lab if SG less than 1.007 | | |
| | | | Influenza A & B POC | | |

| **CPS:** | Oxygen: _____ L/min per _____ |
| --- | --- |
| | Pulse oximetry: *Spot   Continuous* |
| | EKG: *12-lead* |
| | Nebulizer treatment: |

| **Radiology:** | CXR: Portable    PA/Lateral | (reason: ) |
| --- | --- | --- |
| | Acute abdominal series (3 view) | (reason: ) |
| | C-spine series | (reason: ) |
| | AP Pelvis | (reason: ) |
| | X-ray: | (reason: ) |
| | CT Scan: Stone Study | (reason: ) |
| | CT scan:   Non contrast   Contrast   IV   Oral | |
| | *Head  Neck  Chest  Abdomen  Pelvis* | (reason: Ativan 1000mg IV over one hr infusion ) |
| | Ultrasound: *Abdomen  Pelvis* | (reason: ) |

| **Nurses:** | Monitors: *Cardiac    Blood Pressure* |
| --- | --- |
| | Saline lock / IV: |
| | Orthostatic BP's and pulses |
| | Foley catheter to DD |
| | NG tube to low intermittent suction |

| **Medications:** | Td    Tdap    0.5 ml IM |
| --- | --- |

Signature: _____    Date: 9/16/13    Time: _____

**New Orders:** 1800    Tylenol 1000mg po

Signature: _____    Date: _____    Time: _____

**New Orders:**

Signature: _____    Date: _____    Time: _____

© 1999-2013 EPOWERdoc, Inc.



Exhibit #4

**Emergency Department Template**

DR. JOHN WARNER HOSPITAL

A: 450909   MR: 90634
LEVYA, GIOVANNI   09/16/13 15.23
M 23 12/13/1989 ER
ROGALSKI, MARIUSZ /CIM, ED Follow-Up

**PMH:** _Systemic:_ HTN DM Cancer HIV Thyroid Anemia High lipids _Neuro:_ Alz CVA Dementia Seizures
_Heart:_ MI Angina CHF CAD AFib   _Lungs:_ COPD Asthma   _GU:_ UTI's Stones
_GI:_ PUD GERD Liver   _MS:_ Arthritis   _Psych:_ Depression Anxiety Schizophrenia None
**Operations:** Appendectomy Cholecystectomy Hysterectomy PTCA CABG _____ None
Other: ___ ? Seizures _____

**FH: No significant FH:**
HTN DM Cancer Stroke
Heart Lung Liver Kidney
Aneurysm Coagulopathy
Sudden death _____

**SH:** Smoke: Current Past Second-hand Never
ETOH: Social Abuse Alcoholic None
Illicit drugs: _____ None Jail
Lives with: Mom Dad Spouse Family SO Alone
Lives in: Home Assisted care Homeless Nursing H
Single Married Divorced Separated Widowed

---

Medications: ☑ Reviewed NN _____
Allergies: ☑ Reviewed NN _____

CC: SEIZURE (adult)   Time seen 1530   PCP _____

HPI: ☑ Reviewed Nurses Notes
Source: Patient Family Friend Guardian Nursing home Paramedic Police Interpreter
Mode of arrival: Walk in Wheelchair Friends Attendant Ambulance Helicopter Police
Timing: Onset _____ or ⊙ne Minutes Hours Days Weeks Months ago
Duration: Since onset Intermittent or _____ Seconds Minutes Hour Unknown
Quality: Grand mal Tonic-clonic Shaking Twitching Focal Single Multiple episodes
Location: Generalized Bilateral Right-sided Left-sided Arms Legs Head
Associated signs and symptoms: _None_
Confusion Headache Fever N V Weakness: _R L Face Arm Leg_
Context:
 _Prior to seizure:_ Lethargic Ill Aura _Normal_
 _During seizure:_ Awake LOC Incontinence: _Bowel Bladder_
  Trauma: _Tongue Head Shoulder_ _____ _None_
 _Immediately after seizure:_ Confusion Headache _Normal mentation_
 _History of:_ Seizure disorder (Medication compliance: **YES NO NA**) Anticoagulation
  Cancer CVA HIV Hypoglycemia Immunosuppression Substance abuse
  Recent head trauma _None of the preceding_

Other history:
Pt transferred from jail per pms.
found @ jail notified pt. was in altered
res and his arms where shaking. He
did not observe onset of Sx. Or incontinence.

PE: ☑ VS: T____ P____ BP____ RR____ O2 Sat____ or R ☑ reviewed on NN
Constitutional: Decreased responsiveness ETOH Distress None Mild Moderate Severe   normal
Neck: Meningeal signs Tender _____   normal
Head: R L Frontal Temporal Parietal Occipital Vertex _____   normal
 Swelling Tender Deformity Abrasions Lacerations # _perioral_   normal
Face: Swelling Tender Abrasions Lacerations Deformity _ecchymosis_   normal
Eyes: Pupils: Unequal or OD____ OS____ mm EOM: Impaired Nystagmus   normal
 _Fundus:_ R L Papilledema Hemorrhage Exudate   normal
ENT: _Ears:_ R L Swelling Tender Abrasions Laceration Hemotympanum ____   normal
 _Tongue:_ Laceration (s) Ecchymosis _____   normal
 _Throat:_ Gag: Absent Diminished _____   normal
Respiratory: R L Bil Generalized Superior Inferior Wheezes Rales Rhonchi   normal
CV: Tachycardia Bradycardia Irregular S3 S4 ____ /VI Sys Dia Murmur   normal
GI: _Tenderness:_ Diffuse RUQ RLQ LUQ LLQ Epigastric Periumbilical Suprapubic
 Mild Moderate Severe Rebound Guarding Rigidity _____   normal
Skin: Tract marks Rash Injury (specify): _____   normal
Neurologic: _Oriented to:_ Time Person Place Not oriented Unable to test   normal
 _Memory:_ Impaired: Short-term Long-term Unable to test   normal
 _CN:_ 2 3 4 5 6 7 8 9 10 11 12 deficit Unable to test   normal
 _Motor function:_ R L Arm Leg Face Weak Unable to test   normal
 _Cerebellar function:_ Tremor Past-pointing Ataxia Unable to test   normal
 _Reflexes:_ R Knee +2 Ankle ____ Biceps +2   normal
  L Knee +2 Ankle ____ Biceps +2   normal
Psychiatric:
 _Thought:_ Delusions Paranoia Flight of ideas Rambling conversation _____ Coherent
 _Affect:_ Angry Anxious Depressed Flat Hysterical Quiet Violent _____ Appropriate
   (see next page)

© 1999-2013 EPOWERdoc, Inc.   p i of 2   Circled = positive   Not circled or / = negative   Lined out or section completely blank = not assessed

---

**REVIEW OF SYSTEMS**

Level 1=0 Level 2, 3=1 Level 4=2-9 Level 5=10+

CONSTITUTIONAL:   None
 Fever Chills Weakness Fatigue
 Loss of appetite

EYES:   None
 Blurred vision Diplopia Discharge
 Pain Redness Photophobia

ENT:   None
 Ears: Pain Hearing loss
 Nose: Congestion Bleeding
 Throat: Pain Swelling

RESPIRATORY:   None
 Cough SOB Wheeze Hemoptysis

CV:   None
 Chest pain Palpitations Syncope
 Edema Orthopnea PND

GI:   None
 Abdominal pain Constipation
 Nausea Vomiting Diarrhea Melena

GU:   None
 Dysuria Hematuria Frequency
 Male: Discharge Testicular pain
 Female: Discharge Bleeding Pregnant

NEUROLOGICAL:   None
 Headache Dizziness Seizure
 Numbness Weakness

MUSCULOSKELETAL:   None
 _Pain or swelling in:_
 R L Neck Chest wall Rib(s) Back
 Shoulder Arm Elbow Forearm
 Wrist Hand Pelvis Hip Leg
 Knee Ankle Foot

INTEGUMENTARY:   None
 Itching Rash Bruises Wounds

ALLERGIC/IMMUNOLOGIC:   None
 Hives Itching

HEMATOLOGIC:   None
 Lymphadenopathy
 Easy: _Bruising Bleeding_

ENDOCRINE:   None
 Weight: Gain Loss ____ lb

PSYCHIATRIC:   None
 Anxiety Depression Hallucinations
 Sleepless Suicidal

ALL OTHERS REVIEWED & NEG   (ini)

UNABLE TO OBTAIN COMPLETE
HPI, PMH, FH, SH, or ROS DUE TO:
Altered mental status Dementia Medical urgency
Intubated Other _____

Other exam:

Exhibit #5

A. 450909    MR: 90634
LEVYA, GIOVANNI    09/16/13  15.23
M 23  12/13/1989  ER
ROGALSKI, MARIUSZ  /CIM, ED Follow-Up

## MEDICAL DECISION MAKING

1. Additional information obtained from:
   Old records  EMS  Family  Caretaker  PCP _____ (findings):

### REVIEW of RESULTS

Report of: (CBC) Chem  ABG  UA  reviewed and normal except

| WBC | _____ | NA | _____ | FIO2 | _____ |
| HBG | _____ | K | _____ | pH | _____ |
| HCT | _____ | CL | _____ | pCO2 | _____ |
| PLT | _____ | CO2 | _____ | pO2 | _____ |
| Segs | _____ | Glu | _____ | HCO3 | _____ |
| Bands | _____ | BUN | _____ | | |
| Lymph | _____ | Cr | _____ | 02 Sat | _____ |
| Mono | _____ | Ca | _____ | | |

2. Differential Diagnosis: Considered at some point during patient evaluation
   ☑ Based on the patient's presentation, I considered the relevant elements of the differential diagnosis

| | Seizure due to (cont) | Seizure due to (cont) | Syncope |
|---|---|---|---|
| Hyperventilation | CVA/TIA | Hyponatremia | |
| Psychogenic seizures | Drug ingestion | Hypoxemia | |
| Seizure due to: | Eclampsia | Idiopathic | |
| Alcohol withdrawal | Hypocalcemia | Mass lesion | |
| Anticonvulsant withdrawal | Hypoglycemia | Meningitis | |
| Closed head injury | | | |

**URINALYSIS**                    **MICRO**

| SpG | _____ | Ketones | _____ | WBC | _____ |
| pH | _____ | Blood | _____ | RBC | _____ |
| Prot | _____ | Nitrite | _____ | EPI | _____ |
| Glu | _____ | Leuk | _____ | Bact | _____ |

3. Notes/Course:

   *Reevaluation:* 1st _____ : Resolved  Worsened  Improved  Unchanged  NA

   2nd _____ : Resolved  Worsened  Improved  Unchanged  NA

**OTHER**
Pulse oximetry interpretation:
Normal  Mild  Moderate  Severe  desaturation
Dilantin  8.6  (LOW)

XR    interpreted by: Radiologist  Self  Both

CT Head:

   *Consultation:* PCP  Neurology  Other_____
   Called:_____  Call returned: _____
   Findings: See consult *or* Summary:

   Patient  Family  Education  Counseling  regarding:
   Diagnosis  Treatment  Prognosis  Need for follow-up

   t Neurologist
   As soon as
   feasable.

EKG  NA  Time: _____  Compared to prior EKG dated _____
Rate _____ bpm    Axis: LAD RAD  *Normal*
Rhythm: SB  ST  PACs  Afib  Aflutter  PSVT  MAT
    Junctional  JT  PVCs  VT  VF  Paced    *NSR*
Block: 1  2  3  AVB  LBBB  RBBB  IVCD    *None*
Hypertrophy: LAE  RAE  LVH  RVH    *None*
ST: *New*  Old  Inf  Ant  Lat  Ischemia  Infarct  Nonsp  *Normal*

### ADDITIONAL NOTES

**PROCEDURES**  (Unless otherwise indicated, all procedures were done or directly supervised by ED attending)
Risks, benefits, and alternatives (for applicable procedures below) described. Informed consent obtained: YES  NO
☐ See procedure note on attached page for additional procedures
   List Procedures: _____

**IMPRESSION**  1. Seizure D/o
2. Depressive Disorder

☐ Critical Care time _____ minutes  (Time spent performing separately billable procedures is excluded)

**DISCHARGE INSTRUCTIONS** Out of appear XR  Prescriptions:
See separate Discharge instruction sheet.     1. Dilantin 100mg i PO Bid #20.
Cont Dilantin as prescribed     2.
F/u Neurology for further     3.
☑ VS reviewed prior to discharge   mng. and evaluation
☑ Disposition: (Home)  Admit  Admit to ED Obs.  Transfer  to: _____
☑ Condition: (Good)  Fair  Poor  Stable
☑ Return to the ED if  sudden worsening of Sx
☑ Follow-up with Dr  Neurology  PRN / in ____ days if not improved/resolved or earlier if worsening

☐ **Seen with Student:** I have personally performed and documented the H & P and MDM, and I have reviewed the student's ROS and PFSH and agree or have amended the findings as documented by the student.

☐ **Seen with PA:** I have directly evaluated the patient and agree or have amended the PA's findings and assessment as documented by the PA.

☐ **Seen with NP:** I have directly evaluated the patient and agree or have amended the NP's findings and assessment as documented by the NP.

Some medical record data fields are highlighted. The practitioner should use his or her own judgment in determining whether data should be entered in these fields. Data entry is not mandatory, and documentation in the highlighted fields should not be interpreted as required by department policy or standards of medical care. The practitioner determines whether fields are relevant in each individual case.

p 2 of 2
© 1999-2013 EPOWERdoc, Inc.
www.epowerdoc.com  888-417-5588

Seizure, adult

_____  NP/PA
Signature/Date/Time

_____ MD/DO
Signature/Date/Time
9/16/13  @ 1740

**Emergency Department Nursing Record**

DR. JOHN WARNER HOSPITAL

A: 450866   MR: 90634
LEVYA, GIOVANNI   09/15/13 20.43
M 23 12/13/1989 ER
WOOD, BRADLEY   /CIM, ED Follow-Up

*dried blood*

PMH: *Systemic:* HTN DM Cancer HIV Thyroid Anemia High lipids  *Neuro:* CVA  Seizures
*Heart:* MI Angina CHF CAD AFib  *Lungs:* COPD Asthma  *GI:* PUD GERD Liver
*GU:* UT's Stones  *MS:* Arthritis  *Psych:* Depression Anxiety Schizophrenia **None**

Operations: _____

Other: _____

Medications: None  See attached list  *effexor*
_____
_____

Allergies: (None) Latex _____

---

CC: SEIZURE (adult)

TRIAGE:                                             20:35

Source: Patient Family Friend Guardian Nursing home (Paramedic) Police Interpreter
Mode of arrival: Walk in Wheelchair Friends Attendant (Ambulance) Helicopter Police
Timing: Onset ___ Minutes Hours Days *ago*  *Single Multiple* episodes
Duration: (Since onset) Intermittent *or* ___ Seconds Minutes Hours
Quality: (Grand mal) Tonic-clonic Shaking Twitching Focal
Location: Generalized Bilateral Right-sided Left-sided Arms Legs Head
Other history:    *purposefully*

EMS states pt was v hitting
head on cell wall. Security
changed cells to video tape
- seizure activity @ that
time
*Reuben, RN* Signature

NURSING ASSESSMENT:   Room: II          20:45

Nursing history: ☐ Triage assessment reviewed
Source: Patient Family Friend Guardian Nursing home (Paramedic) Police Interpreter
Prehospital: CPR Intubation O2 IV C-collar Backboard Splints Meds (Valium) None
Context: *History of:* Seizure disorder (Medication compliance: **YES NO NA**) None
CVA Hypoglycemia Substance abuse Immunosuppression Cancer None
Recent head trauma *None*
Associated signs and symptoms: *None*
Headache Fever N V
Other history:

lat ... 0.00, spirals upon
arrival. Does not react
to painful stimuli, shallow
breathing

Nursing exam:
Constitutional: (Decreased responsiveness) ETOH Distress: None Mild Moderate Severe
Respiratory: R L Bil Generalized Superior Inferior Wheezes Rales Rhonchi ___ normal
CV: Tachycardia Bradycardia Irregular ___ normal
Neurologic: Oriented to: Time Person Place Not oriented *Unable to test* ___ normal
Motor function: R L Arm Leg Face Weak *Unable to test* ___ normal
Other exam:

Tonic-clonic activity for
approx 1 min prior to
valium given by EMS

*Reuben, RN* Signature

© 1999-2013 EPOWERdoc, Inc.  p 1 of 2        Circled = positive  Not circled or / = negative  Lined out or section completely blank = not assessed

---

**Triage Vital Signs**

| T° | P | RR | BP |
|---|---|---|---|
| | 96 | 14 | 144/94 |

| O2 Sat | Pain | Wt | lb | kg |
|---|---|---|---|---|
| 100% | utd | | | |

**Triage Acuity**

(Emergent)   Urgent   Non-urgent

---

**Domestic Violence Screening**

Are you in a relationship in which you have
been physically hurt or threatened by your
partner?   Y (N) Unwilling to answer

Do you feel safe in your current environment?
(Y) N  Unwilling to answer

**Nutritional Screening**

Have you had an unexpected weight gain or
loss over 20 lbs in the last 6 months?   Y (N)

Are you on a special diet?
Y (N)  ☐ Nutritional referral given

---

**Orders, Interventions, and Results**

Standing orders or interventions initiated
prior to physician evaluation:

| | | : |
|---|---|---|
| ☐ Pvt MD notified: YES NO | | : |
| ☐ Accucheck | | : |
| ☐ O2: ___ | | : |
| ☐ IV: ___ | | : |
| ☐ Monitor ___ | | : |
| ☐ EKG ___ | | : |
| ☐ XR: ___ | | : |
| ☐ Labs: ___ | | : |
| ☐ Urine pregnancy test | | : |
| ☐ Breathing treatment | | : |
| ☐ Splint(s) ___ | | : |
| ☐ Dressing(s) ___ | | : |
| ☐ Tetanus (see medication section) | | : |
| ☐ Other: ___ | | : |

**Results**

| Accucheck | | Repeat | |
|---|---|---|---|
| Urine Dip SpG | | Ket | |
| pH | | Blood | |
| Prot | | Nitrite | |
| Glu | | Leuk | |
| Urine preg + | − | Control + | − |

Exhibit # 8-1

A: 450866  MR: 90634
LEYVA, GIOVANNI  09/15/13 20:43
M 23 12/13/1989 ER
WOOD, BRADLEY  /CIM, ED Follow-Up

| Time | T | P | RR | BP | O2 Sat | Pain | OTHER INTERVENTIONS | Ini |
|------|---|---|----|----|--------|------|---------------------|-----|
| 2120 | | 87 | 16 | 131/18 | 100%2L | | | |
| 2200 | | 93 | 16 | 147/73 | 100% RA | | | |

**TRAUMA / SURGICAL**
- C-collar applied
- Ortho care
  - Ice  Elevation
  - Ace  Sling  Splint  Brace
  - Shoulder immobilizer  Strapping
  - Knee immobilizer  Shoe
  - Crutch education
- Wound care
  - Topical anesthesia
  - Wound prep
  - Adhesive
  - Suturing  Staple
- Burn care
- Fracture care
- I and D
- Arthrocentesis
- Chest tube

**CARDIOPULMONARY**
- O2: ___ L NC Mask: NRB
- Pulse ox: Spot  Continuous
- Monitor
- Rhythm strip
- EKG: ED  EKG tech
- Intubation
- CPR  ACLS
- Cardioversion
- External pacemaker
- CVP placement
- Respiratory treatment
- Sputum collection
- IV Thrombolysis

**ABDOMINAL / PELVIC**
- NG: Size
- Gastric lavage: NG  Oral
- Foley: Size
- I and O urine cath
- Vomiting management
- Incontinence management
- Disimpaction
- Enema: Type
- Sexual assault exam

**EYE / ENT**
- Topical anesthesia
- Eye irrigation ___ ml of
- Ear wax/FB removal
- Nasal FB removal
- Epistaxis control
- Laryngoscopy

**MISCELLANEOUS**
- Lab draw: ED  Lab tech
- XR: Patient departed
  - Patient returned
- Injection X 1 2 3 4
- Restraints 2 3 4 point
  - Reassessment
- Lumbar puncture
- Blood transfusion
- Conscious sedation
- Isolation for

**PATIENT SUPPORT**
- Emotional support given
- Learning needs addressed
- Translation services provided
- Post mortem care provided

**OTHER**

## MEDICATIONS AND IV'S

| Time initiated | Solution, Additive or Medication | Amount/Dose | Route | Site | Catheter size | Pump | Rate | Response | By (ini) | Time DC'd | Amount infused | By (ini) |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2120 | NS @ 999 cc/hr | | IV | 18g | LFA | | | | | | | |
| 2207 | Dilantin 1gm IVPB over 30 min | | | | | | | | | | | |
| 2245 | Toradol 30mg IVP | | | | | | | | | | | |

Response key: E= Effective  PE= Partially Effective  NE= Not Effective  NR= No Reaction  R* = Reaction with additional notes in "Nurses Notes"
Site code: 1. Deltoid  2. Gluteal  3. Anterior thigh  4. Lateral thigh  5. Antecubital fossa  6. Forearm  7. Hand  8. Foot  9. Neck  10. Intraosseous

**IN** Oral ___ ml  Blood ___ ml  IV ___ ml  Total ___ ml
**OUT** Urine ___ ml  Blood ___ ml  NG ___ ml  Total ___ ml

## NOTIFICATION

- Family: ___
- Nursing home: ___
- Pastoral care: ___
- PCP: ___
- Police: ___
- Social services: ___

## NURSES NOTES

| Time | | Ini |
|------|--|-----|
| 2050 | pt on cardiac monitor, 2L O2, in full spinals, to CT immediately | |
| 2115 | 16F foley placed, no urine output; pt had no response to insertion | |
| 2150 | 10cc urine output | |
| 2150 | Pt taken off back board & C-collar per Dr. Wood | |
| 2245 | Dilantin infused in 30 min, 250cc total | |

Caregiver # ___  Ini ___  Caregiver # 3 ___ Ini
Caregiver # 2 ___ Ini  Caregiver # 4 ___ Ini

## DISPOSITION

Discharged  LWBS  AMA  Expired  Admitted  Transferred to: Police  ☐ Transfer form completed
Valuables with: Patient  Family  Friends  Security  Envelope # ___  Other ___
Mode of departure: Walking  Carry  Wheelchair  Cart  Auto  Ambulance  MediVan
Condition: Pain (0-10): ___  NA  Improved  Stable  Worse  VS: T ___ P ___ RR ___ BP ___ O2 ___
☐ Verbalizes understanding of discharge instructions  ☐ Barriers to understanding or learning ___
Written  Verbal  instructions given to ___
Patient  Parent  Caregiver  Police
Report called by: ___
Report called to: ___ 2257
Referred to: ___  PRN / in ___ days  Discharged by: ___ 2257

© 1995-2013 EPOWERdoc, Inc.  p 2 of 2

EXHIBIT 8

**Emergency Department Template**

DR. JOHN WARNER HOSPITAL

LEYVA, GIOVANNI
9-15-13
#4508166

| | ORDERS |
|---|---|

| Date & Time (of Dr. order) | Initial Orders | Date & Time | Initials |
|---|---|---|---|
| | Please note: Time all orders in the appropriate column. If additional orders are added at a later time, please time the additional orders | | |

**Lab:**

| | | | |
|---|---|---|---|
| ABG/VBG | GC / Chlamydia | PT | Other _____ |
| Amylase | Gyne Profile | PTT | Other _____ |
| Bld Cultures x1 x2 | HCG: *Qual Quant* | TSH | Other _____ |
| BNP | Hgb/HCT | T & S | Other _____ |
| CBC with diff | Lipase | T & C ____ units | |
| CKMB/Troponin | Magnesium | UA *Cath* ___ CC | **BEDSIDE TESTS:** |
| D-Dimer | Occult Blood | UA C & S | Rapid Strep POC: Culture if negative |
| Digoxin | Panels: *BMP* | Urine Drug Screen | UA Dip POC |
| Dilantin | *CMP* | | UA Pregnancy POC: |
| ETOH: Blood | *Hepatic* | | Send to lab if SG less than 1.007 |
| | *Serum Mag* | | Influenza A & B POC |

**CPS:**  Oxygen: Ø  L/min per ___

Pulse oximetry: *Spot Continuous*

EKG: *12-lead*

Nebulizer treatment:

**Radiology:**

| | | |
|---|---|---|
| CXR: Portable  PA/Lateral | (reason: | ) |
| Acute abdominal series (3 view) | (reason: | ) |
| C-spine series | (reason: | ) |
| AP Pelvis | (reason: | ) |
| X-ray: | (reason: | ) |
| CT Scan Stone Study | (reason: | ) |

CT scan:  Non contrast  Contrast  IV  Oral

| | | |
|---|---|---|
| Head Neck Chest Abdomen Pelvis | (reason: *Trauma / Ø* | ) |
| Ultrasound: Abdomen Pelvis | (reason: | ) |

**Nurses:**  Monitors: *Cardiac Blood Pressure*

Saline lock IV:

Orthostatic BP's and pulses

Foley catheter to DD

NG tube to low intermittent suction

**Medications:**  Td  Tdap  0.5 ml IM

| | | |
|---|---|---|
| Signature: _____ | Date: 9/15/13 | Time: 2040 |
| **New Orders:** | | |
| | | |
| Signature: _____ | Date: 9/15/13 | Time: 2130 |
| **New Orders:** | | |
| | | |
| Signature: _____ | Date: 9/15/13 | Time: 2200 |

© 1999-2013 EPOWERdoc, Inc.

**Emergency Department Template**

DR. JOHN WARNER HOSPITAL

PMH: *Systemic:* HTN DM Cancer HIV Thyroid Anemia High lipids *Neuro:* Alz CVA Dementia Seizures
*Heart:* MI Angina CHF CAD AFib *Lungs:* COPD Asthma *GI:* UTI's Stones
*GI:* PUD GERD Liver *MS:* Arthritis *Psych:* Depression Anxiety Schizophrenia None
Operations: Appendectomy Cholecystectomy Hysterectomy PTCA CABG _____ None
Other: _____

LEYVA, GIOVANNI
9-15-13
# 4508606

FH: No significant FHx
HTN DM Cancer Stroke
Heart Lung Liver Kidney
Aneurysm Coagulopathy
Sudden death _____

SH: Smoke: Current Past Second-hand Never /jail
ETOH: Social Abuse Alcoholic None
Illicit drugs: _____ None
Lives with: Mom Dad Spouse Family SO Alone
Lives in: Home Assisted care Homeless Nursing H
Single Married Divorced Separated Widowed

Medications: ☑ Reviewed NN *_____*
Allergies: ☑ Reviewed NN *NKDA*

CC: SEIZURE (adult)    Time seen _____ PCP _____

HPI: ☑ Reviewed Nurses Notes
Source: Patient Family Friend Guardian Nursing home Paramedic Police Interpreter
Mode of arrival: Walk in Wheelchair Friends Attendant Ambulance Helicopter Police
Timing: Onset _____ or 30 Minutes Hours Days Weeks Months ago
Duration: Since onset Intermittent or _____ Seconds Minutes Hours Unknown
Quality: Grand mal Tonic-clonic Shaking Twitching Focal Single Multiple episodes
Location: Generalized Bilateral Right-sided Left-sided Arms Legs Head
Associated signs and symptoms: None
Confusion Headache Fever N V Weakness: R L Face Arm Leg
Context:
 Prior to seizure: Lethargic Ill Aura Normal
 During seizure: Awake LOC Incontinence: Bowel Bladder
  Trauma: Tongue Head Shoulder *Laceration blood* _____ None
 Immediately after seizure: Confusion Headache Normal mentation
 History of: Seizure disorder Medication compliance: YES NO NA Anticoagulation
  Cancer CVA NIV Hypoglycemia Immunosuppression Substance abuse
  Recent head trauma None of the preceding
Other history: *EMS reports pt had been shaking his head*
*around wall of jail cell; moved to new warded*
*cell a 40 min w/ generalized seizure activity EMS*
*arrives reports pt w/ active generalized seizure*
*given 10 Valium 5 IV w/ resolution.*

Constitutional: Decreased responsiveness ETOH Distress: None Mild Moderate Severe
Neck: Meningeal signs Tender _____ normal
Head: R L Frontal Temporal Parietal Occipital Vertex
 Swelling Tender Deformity Abrasions Lacerations # _____ normal
Face: Swelling Tender Abrasions Lacerations Deformity *scratch abrasion* normal
Eyes: Pupils: Unequal or OD _____ OS _____ mm EOM: Impaired Nystagmus normal
 Fundus: R L Papilledema Hemorrhage Exudate _____ normal
ENT: Ears: R L Swelling Tender Abrasions Laceration Hemotympanum _____ normal
 Tongue: Laceration (s) Ecchymosis *blood @ @ nares* _____ normal
 Throat: Gag: Absent Diminished _____ normal
Respiratory: R L Bil Generalized Superior Inferior Wheezes Rales Rhonchi _____ normal
CV: Tachycardia Bradycardia Irregular S3 S4 _____ /VI Sys Dia Murmur _____ normal
GI: Tenderness: Diffuse RUQ RLQ LUQ LLQ Epigastric Periumbilical Suprapubic
 Mild Moderate Severe Rebound Guarding Rigidity _____ normal
Skin: Tract marks Rash Injury (specify): _____ normal
Neurologic: Oriented to: Time Person Place Not oriented Unable to test _____ normal
 Memory: Impaired: Short-term Long-term Unable to test _____ normal
 CN: 2 3 4 5 6 7 8 9 10 11 12 deficit Unable to test _____ normal
 Motor function: R L Arm Leg Face Weak Unable to test _____ normal
 Cerebellar function: Tremor Past-pointing Ataxia Unable to test _____ normal
 Reflexes: R Knee _____ Ankle _____ Biceps _____ normal
  L Knee _____ Ankle _____ Biceps _____ normal
Psychiatric:
 Thought: Delusions Paranoia Flight of ideas Rambling conversation *unable* Coherent
 Affect: Angry Anxious Depressed Flat Hysterical Quiet Violent *unable* Appropriate
(see next page)

**REVIEW OF SYSTEMS**

Level 1=0 Level 2, 3=1 Level 4=2-9 Level 5=10+

CONSTITUTIONAL:    None
Fever Chills Weakness Fatigue
Loss of appetite

EYES:    None
Blurred vision Diplopia Discharge
Pain Redness Photophobia

ENT:    None
Ears: Pain Hearing loss
Nose: Congestion Bleeding
Throat: Pain Swelling

RESPIRATORY:    None
Cough SOB Wheeze Hemoptysis

CV:    None
Chest pain Palpitations Syncope
Edema Orthopnea PND

GI:    None
Abdominal pain Constipation
Nausea Vomiting Diarrhea Melena

GU:    None
Dysuria Hematuria Frequency
Male: Discharge Testicular pain
Female: Discharge Bleeding Pregnant

NEUROLOGICAL:    None
Headache Dizziness Seizure
Numbness Weakness

MUSCULOSKELETAL:    None
Pain or swelling in:
 R L Neck Chest wall Rib(s) Back
 Shoulder Arm Elbow Forearm
 Wrist Hand Pelvis Hip Leg
 Knee Ankle Foot

INTEGUMENTARY:    None
Itching Rash Bruises Wounds

ALLERGIC/IMMUNOLOGIC:    None
Hives Itching

HEMATOLOGIC:    None
Lymphadenopathy
Easy: Bruising Bleeding

ENDOCRINE:    None
Weight: Gain Loss _____ lb

PSYCHIATRIC:    None
Anxiety Depression Hallucinations
Sleepless Suicidal

ALL OTHERS REVIEWED & NEG _____ (ini)

UNABLE TO OBTAIN COMPLETE
HPI, PMH, FH, SH, or ROS DUE TO:
Altered mental status Dementia Medical urgency
Intubated Other _____

Other exam: GCS: Moves eyes spontaneously. Pt is w/ eyes open & looking about.
9 Nonverbal
Localizes to pain

Exhibit #10

LEYVA, GIOVANNI
9-15-13
# 450866

## MEDICAL DECISION MAKING

1. Additional information obtained from:
Old records EMS Family Caretaker PCP ______ (findings):

2. Differential Diagnosis: Considered at some point during patient evaluation
☐ Based on the patient's presentation, I considered the relevant elements of the differential diagnosis

| | | | |
|---|---|---|---|
| Hyperventilation | Seizure due to (cont) | Seizure due to (cont) | Syncope |
| Psychogenic seizures | CVA/TIA | Hyponatremia | |
| Seizure due to: | Drug ingestion | Hypoxemia | |
| Alcohol withdrawal | Eclampsia | Idiopathic | |
| Anticonvulsant withdrawal | Hypocalcemia | Mass lesion | |
| Closed head injury | Hypoglycemia | Meningitis | |

3. Notes/Course:
*Reevaluation*: 1st 2130: Resolved Worsened Improved Unchanged *NA*
2nd 2140: Resolved Worsened Improved Unchanged *NA*

*Consultation*: PCP **Neurology** **Other** ______
Called: ______ Call returned: ______
Findings: See consult *or* Summary: ______

**Patient Family** Education Counseling regarding:
**Diagnosis** **Treatment** **Prognosis** **Need for follow-up**

(1) Pt moved fingers on (L) hand & toes on (L) foot spontaneously during exam
(2) On arr. 1 No movements but for fingers noted & finger toes. Catheter placed w/ no urine return
VS: 137/70 - 86 - 14 - 100%.

## REVIEW of RESULTS

Report of CBC Chem ABG UA (reviewed and normal except:

| | | | | | |
|---|---|---|---|---|---|
| WBC | | NA | | FIO2 | |
| HBG | | K | | pH | |
| HCT | | CL | | pCO2 | |
| PLT | | CO2 | | pO2 | |
| Segs | | Glu | | HCO3 | |
| Bands | | BUN | 15 | | |
| Lymph | | Cr | 1.2 | 02 Sat | |
| Mono | | Ca | | | |

URINALYSIS

| | | | | MICRO | |
|---|---|---|---|---|---|
| SpG | | Ketones | | WBC | |
| pH | | Blood | | RBC | |
| Prot | | Nitrite | | EPI | |
| Glu | | Leuk | | Bact | |

OTHER NDS: Neg
Pulse oximetry interpretation:
Normal Mild Moderate Severe desaturation
Dilantin ______

XR Interpreted by: Radiologist Self Both
CT Head: Neg
CXR: Ø

EKG *NA* Time: ______ *Compared to prior EKG dated* ______
Rate ______ bpm Axis: LAD RAD *Normal*
Rhythm: SB ST PACs Afib Aflutter PSVT MAT
Junctional JT PVCs VT VF Paced *NSR*
Block: 1 2 3 AVB LBBB RBBB IVCD *None*
Hypertrophy: LAE RAE LVH RVH *None*
ST: *New* *Old* Inf Ant Lat Ischemia Infarct Nonsp *Normal*

## ADDITIONAL NOTES

Pt awake & interaction now @ 21:40: GCS: 15
Able moves all extr. now
Pt remembers convulsing to Sz
Requesting a phone so he can call "his people", Jailer present
& secured both arms!
Pt has been incarcerated > 30 days.

## PROCEDURES (Unless otherwise indicated, all procedures were done or directly supervised by ED attending)

Risks, benefits, and alternatives (for applicable procedures below) described. Informed consent obtained: YES NO

☐ **See procedure note on attached page for additional procedures**

List Procedures: ______

**IMPRESSION** Facial Contusions
New onset Sz

☐ **Critical Care time** ______ minutes (Time spent performing separately billable procedures is excluded)

**DISCHARGE INSTRUCTIONS** (1) Return to Jail
See separate Discharge instruction sheet
(2) Cont. & monitor

Prescriptions:
1. Dilantin 300mg @ HS
2.
3.

☑ VS reviewed prior to discharge
Disposition: *Home* *Admit* *Admit to ED Obs.* *Transfer* to: Return to Jail
Condition: *Good* *Fair* *Poor* *Stable*
Return to the ED if any new concerns.
Follow-up with Dr Jail MD ______ PRN / in ______ days if not improved/resolved or earlier if worsening

Some medical record data fields are highlighted. The practitioner should use his or her own judgment in determining whether data should be entered in these fields. Data entry is not mandatory, and documentation in the highlighted fields should not be interpreted as required by department policy or standards of medical care. The practitioner determines whether highlighted fields are relevant in each individual case.

☐ *Seen with Student:* I have personally performed and documented the H & P and MDM, and I have reviewed the student's ROS and PFSH and agree or have amended the findings as documented by the student.

☐ *Seen with PA:* I have directly evaluated the patient and agree or have amended the PA's findings and assessment as documented by the PA.

☐ *Seen with NP:* I have directly evaluated the patient and agree or have amended the NP's findings and assessment as documented by the NP.

______ NP/PA
Signature/Date/Time

[signature] 9/15/13 MD/DO
Signature/Date/Time

© 1999-2013 EPOWERdoc, Inc.
www.epowerdoc.com 888-417-5588
Seizure, adult

Exhibit #11

Consults by Huesmann, Graham Rowell, MD PhD at 9/22/2014 11:25 AM

| | | |
|---|---|---|
| Author: Huesmann, Graham Rowell, MD PhD | Service: Neurology | Author Type: Physician |
| Filed: 9/22/2014 2:57 PM | Note Time: 9/22/2014 11:25 AM | Note Type: Consults |
| Status: Addendum | Editor: Huesmann, Graham Rowell, MD PhD (Physician) | |

Consult Orders:
1. CONSULT NEUROLOGY - CARLE [79788718] ordered by Moazemi, Kourosh, MD at 09/22/14 0431

### CARLE FOUNDATION HOSPITAL
### NEUROLOGY
### CONSULT NOTE
Giovanni Leyva    2143215

Admission date: 9/21/14
Today's date: 9/22/14
Chief Complaint: seizures
Neurology consulting for seizures
Neurologist consulting: Dr. Huesmann
**Subjective:**

Giovanni Leyva is a 24 year old male, with significant PMH of seizures from TBI over a year ago, who presented to Crawford Memorial with complaints of seizures. He reports that he ran out of his Dilantin, he thinks that he only missed one full dose, but a phenytoin level was checked there and was reported as 3.3. He was given 1 g fosphenytoin and transferred to Carle for further workup. Repeat level here was 18.9 and he was resumed on his home meds. Dr. Huesmann from neurology is consulting.

Allergies
| Allergen | Reactions |
|---|---|
| • Peanut | Unknown |

Prior to Admission medications
| Name | Sig |
|---|---|
| phenytoin (DILANTIN) 100 mg extended release capsule | Take 200 mg by mouth 2 (two) times daily 200 milligram at noon, 200 mg in the evening |

Past Medical History
| Diagnosis | Date |
|---|---|
| • Seizures (HCC) | |

History reviewed. No pertinent past surgical history.
History
Substance Use Topics
| | |
|---|---|
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | No |

Family History
| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Father | |
| • Diabetes | Mother | |
| • Hypertension | Father | |
| • Hypertension | Mother | |

**REVIEW OF SYSTEMS:** (negative for the following, unless bolded)
**CONSTITUTIONAL**: fevers, chills, night sweats, and weight loss
Eyes: blurry or double vision, or other visual disturbances
**ENT:** hearing loss, ear drainage, nasal congestion, and voice change, tinnitus, vertigo, **left jaw pain**
**CARDIOVASCULAR:** chest pain, palpitations, lower extremity edema, pacemaker, syncope

Exhibit #12

**PULMONARY:** cough, sputum, and dyspnea on exertion, shortness of breath
**GI:** dysphagia, nausea, vomiting, change in bowel habits, and abdominal pain, loss of appetite
**GENITOURINARY:** frequency, dysuria, nocturia, urinary incontinence, hematuria.
**SKIN:** rash, skin lesions, pruritis, and skin color
**HEMATOLOGIC/LYMPHATIC:** easy bruising, bleeding, anemia, lymphadenopathy, blood clots
**MUSCULOSKELETAL**: joint pain, stiffness, swelling, neck pain, back pain, arthralgias, muscle weakness, difficulty walking
**NEUROLOGICAL:** headaches, dizziness, **seizures**, numbness, tingling, tremors, paralysis, memory loss
**BEHAVIOR/PSYCH:** anxiety, depression, sleep disturbance, confusion
**ENDOCRINE:** diabetic symptoms including polyuria, polydipsia, polyphagia, and temperature intolerance
**ALLERGIC/IMMUNOLOGIC:** urticaria, angioedema, and anaphylaxis

**Objective:**

Patient Vitals for the past 24 hrs:

|  | Pulse | BP | Resp | SpO2 | Room Air or Oxygen? |
|---|---|---|---|---|---|
| 09/22/14 0504 | 65 | - | 16 | 100 % | - |
| 09/22/14 0401 | 52 | 156/88 mmHg | 16 | 100 % | Room air |

There is no height or weight on file to calculate BMI.
**Physical Assessment**
General: alert, cooperative, no acute distress
Head: normocephalic, a traumatic
Eyes: conjunctivae/cornea clear, PERRLA 4 mm, EOMI, no nystagmus
Lungs: clear to auscultation, no increased work of breathing
Heart: r/r/r, no m/r/g, PMI not displaced
Abdomen: soft, non-tender, bowel sounds present in all 4 quadrants
Extremities: no c/c/e, distal pulses 2+, feet warm and perfused
Skin: color, texture, and turgor normal. No rashes or lesions

**Neurologic**:
Alert and Oriented x 4, speech clear and fluent; No aphasia or dysarthria noted;
EOMI - no nystagmus. Visual fields are full; PERRLA 4 mm;
Facial strength is symmetric and tongue is midline
Upper and lower extremity strength 5/5 with no drift, dysmetria, or ataxia noted
DTR's 2+ and symmetric. Sensory exam grossly intact to light touch and proprioception.
No neglect is appreciated. Plantar response is down going bilaterally

**Imaging:** Independently Reviewed
MRI: pending
CT brain: no acute abnormality

**Data Review**
Phenytoin:
Recent Labs

|  | 09/22/14 0743 |
|---|---|
| PHENYTOIN | 18.9 |

**Assessment:**

Active Hospital Problem
  Diagnosis                                                                        Date Noted

Exhibit #13

- Status epilepticus (HCC)                                                                   09/22/2014

**Impression & Plan:**

Mr. Leyva has a history of seizures and presents with complaints of seizures and a sub-therapeutic Dilantin level. We will proceed with an MRI of the brain to evaluate for any anatomical changes that could be contributing to his seizures as well as an EEG to evaluate his current status. Patient was reported to have a seizure early this am, he should complete the above workup and remain seizure free for 24 hrs prior to DC. Plan of care discussed with Dr. Huesmann.

Thank you for involving the neurology team in the care of this patient. Don't hesitate to contact our service with any questions or concerns.

**Attending Addendum**

I have seen this patient in conjunction with the NP and I have personally performed the key portions of the exam and reviewed the pertinent medical history relevant to this visit.  I have reviewed and agree with the note as it has been documented with my additions/corrections.  I agree with the evaluation and I have participated in the development and agree with the plan of treatment for this patient.
BP: 181/102 mmHg, Pulse: 85, Temp: 37.7 °C (99.9 °F), Heart Rate (monitored): 52 BPM, Resp: 16, SpO2: 96 %, (09/22/14 0401)

**EXAM:**

AOx3, speech is clear and content is appropriate.  w/o nystagmus.  Facial movement is full and symmetric.
Motor: No focal weakness with normal movement
Coordination: There was no ataxia
Gait: Narrow base, good stride length, good arm swing.
Movements: There were no involuntary movements

A/P: History sounds good for focal onset seizures 2/2 to TBI.  We will investigate this with LTM and MRI.  He reports tooth pain, I would recommend antiinflammatories rather then opiates and he will need this looked at by a dentist.  MRI after EEG, likely tomorrow.

---

Revision History

---

Chart Review Routing History

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

Routing History

| Date/Time | From | To | Method |
|---|---|---|---|
| 9/22/2014  2:57 PM | Huesmann, Graham Rowell, MD PhD | Knight, Napoleon B, MD | Fax |

H&P by Moazemi, Kourosh, MD at 9/22/2014 4:31 AM

| | | |
|---|---|---|
| Author: Moazemi, Kourosh, MD | Service: Hospitalist Svc | Author Type: Physician |
| Filed: 9/22/2014 4:39 AM | Note Time: 9/22/2014 4:31 AM | Note Type: H&P |
| Status: Signed | Editor: Moazemi, Kourosh, MD (Physician) | |

## CARLE FOUNDATION HOSPITAL
## MEDICAL HISTORY & PHYSICAL NOTE
Giovanni Leyva    2143215

### Subjective:

Patient is a 24 year old Hispanic male past medical history of seizure as a result of the trauma that was diagnosed about a year ago he was transferred from jail to Crawford Memorial Hospital for further evaluation of seizures. Evidently patient has run out of his medications and has not taken his Dilantin for a while. As patient is post ictal, his answer to how long he has not taken his medications is equivocal. Patient states the only medication that he takes is Dilantin. He denies any chest pain or shortness of breath, fever, chills or shakes, headache or stiff neck. He complains of left lower jaw pain which worsens when he is in his mouth. All other systems reviewed and are negative. History is not very reliable due to the patient being post ictal and having received Ativan and fosphenytoin in the referring facility.

Of note after arrival to the emergency room patient received a load of fosphenytoin and Ativan, after a while he was noted to start staring and being unresponsive where he received further Ativan and improved.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Peanut | Unknown |

**Prior to Admission medications**

| Name | Sig |
|---|---|
| phenytoin (DILANTIN) 100 mg extended release capsule | Take 200 mg by mouth 2 (two) times daily 200 milligram at noon, 200 mg in the evening |

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Seizures (HCC) | |

History reviewed. No pertinent past surgical history.

**History**
Substance Use Topics

| | |
|---|---|
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Father | |
| • Diabetes | Mother | |
| • Hypertension | Father | |
| • Hypertension | Mother | |

### Objective:

Patient Vitals for the past 24 hrs:

|  | Pulse | BP | Resp | SpO2 | Room Air or Oxygen? |
|---|---|---|---|---|---|
| 09/22/14 0401 | 52 | 156/88 mmHg | 16 | 100 % | Room air |

General: No acute distress, A&O x 3
Eyes: Perla EMOI, + nystagmus
Neck: No JVD, Mass LAD
Chest: CTA Bilat.
CV: RRR, S1, S2 normal
Abd: Soft, NT, ND, BS +
Ext: No edema, no cyanosis
Skin: No rash or acute lesions

### Data Review
Dilantin level 3.3 (normal between 10-20)
CMP shows minimally elevated alkaline phosphatase otherwise within normal limits
CBC within normal limits, urine tox screen positive for barbiturates, UA negative
Head CT did not show any evidence of acute findings.

### Assessment:

Active Hospital Problem
  Diagnosis
- Status epilepticus (HCC)

Date Noted
09/22/2014

### Plan:

Admit
Status: medical telemetry
Condition: there
Code Status: full code
Nursing/Vital signs q.4 hours, neuro check q.4 hours
Isolation: none
BP Management: None
Pain control: Tylenol and Ultram
IVF: Half Normal saline at 100 cc per hour
DVT Prophylaxis: SCDs
Smoke Cessation: Not needed
Diet: NPO 2 patient seizure free for 6 hours

Medications:
    Zofran
    Restart Dilantin
    Ativan p.r.n. For seizures

Stat Labs/Studies: Dilantin level

Consults Requested: neurology consult
Patient Status Certification performed in accordance with item 412.3 of IPPS ruling on admissions for inpatient hospital services:
Patient's Level of Care is: Inpatient
Inpatient level of care is warranted for this patient because: Increased risk of mortality and morbidity
I have a high level of concern for: status epilepticus
Patient is at high risk for: status epilepticus
Additional risk factors are: none

Plan of care includes: Neuro check q.4 hours, lap monitoring for phenytoin level, neurology consult
Post discharge plan of care includes: other (comment)
Anticipated length of stay: 2-3 days
Estimated time the patient will need to remain in the hospital: Greater than two midnights

## Chart Review Routing History

Routing history could not be found for this note. This is because the note has never been routed or because communication record creation was suppressed.

## Routing History

| Date/Time | From | To | Method |
|---|---|---|---|
| 9/22/2014  4:39 AM | Moazemi, Kourosh, MD | Knight, Napoleon B, MD | Fax |